

# Fourth Court of Appeals
## San Antonio, Texas

October 18, 2018

No. 04-18-00404-CR

Maxwell Lynn **JORDAN**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CR1752
Honorable Joey Contreras, Judge Presiding

# O R D E R

Appellant's court-appointed attorney filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967). This court previously issued an order setting a deadline for appellant to file a pro se brief if appellant desired to file such a brief. On October 15, 2018, appellant filed a motion requesting access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 320–21 (Tex. Crim. App. 2014). Appellant's motion to access the record is GRANTED. It is ORDERED that the district clerk of Bexar County shall prepare and send a full and complete duplicate copy of the clerk's record and the reporter's record for cause number 2015CR1752 to: Maxwell Jordan TDCJ# 02202071, c/o Garza East Unit, 4304 Hwy. 202, Beeville, Texas 78102. It is FURTHER ORDERED that the district clerk file written notice in this court no later than ten days from the date of this order confirming the date the record was sent to appellant.

If, after reviewing the record, appellant desires to file a pro se appellate brief, he must do so within thirty days from the date this court receives written notice that the record was sent to appellant by the district clerk. Appellant is advised that as a pro se litigant representing himself on appeal, he will be *"held to the same standards as licensed attorneys and must comply with applicable laws and rules of procedure." Shull v. United Parcel Serv., 4 S.W.3d 46, 52–53 (Tex. App.—San Antonio 1999, pet. denied).*

If the appellant files a pro se brief, the State may file a responsive brief no later than thirty days after the date the appellant's pro se brief is filed in this court.

_____
Sandee Bryan Marion, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of October, 2018.

_____
Keith E. Hottle
Clerk of Court